| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Jeffrey A. Lester, Trustee (JL 7113)<br>Braverman & Lester<br>374 Main Street<br>Hackensack, NJ  07601<br>(201) 487-5544<br>Chapter 7 Trustee | |
|---|---|
| In re:<br><br>SOO HYON TANG,<br><br>       Debtor. | Case No.: 21-18354 VFP<br><br>Chapter 7<br>Judge: Hon. Vincent F. Papalia |

## STATUS REPORT OF CHAPTER 7 TRUSTEE

In response to the January 24, 2022 Court Memo Requesting Status of Case, a copy of which is attached hereto, the Chapter 7, Trustee hereby advises the Court that the determination as to whether there are non-exempt assets with a value sufficient to provide a meaningful distribution to creditors has not yet been made.  The case can not be closed until this issue is decided.

A decision as to the status of the case should be made by the end of February 2022.

                */s/Jeffrey A. Lester*
                Jeffrey A. Lester, Chapter 7 Trustee
                Dated: January 24, 2022

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

# memorandum



☐ **P.O. Box 1352**
Newark, NJ 07101-1352
(973) 645-4764

☐ **P.O. Box 2067**
Camden, NJ 08101-2607
(856) 361-2300

☐ **402 East State Street**
Trenton, NJ 08608
(609) 858-9333

TO: _____

FROM:        Clerk's Office

CASE NO./NAME: _____

DATE: _____

---

In reviewing this case to determine if it is ready for closing, it has been noted that the following document(s) have not been filed:

☐ Trustee's Report of No Assets

☐ Certification of Service Concerning Order Respecting Amendment to Schedules or List of Creditors

☐ Chapter 13 Trustee's Final Report

☐ Order concerning a Motion returnable: _____

☐ Other:    _____

**IF ASSETS ARE CONTEMPLATED IN A CHAPTER
7 CASE, SUBMIT NOTICE OF DISCOVERED ASSETS**

Please forward the above document(s) to the Court within ten (10) days; if they cannot be forwarded, please notify the Court. If the document(s) are not forwarded and no response is received, the case may be closed, or listed for Status Conference. Your cooperation is greatly appreciated.

**<u>PLEASE ENCLOSE A COPY OF THIS MEMO WITH ANY SUBMISSION</u>**

JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*