Jeffrey A. Lester, Esq. (JAL 7113)
BRAVERMAN & LESTER
374 Main Street
Hackensack, NJ 07601
Tel. (201) 487-5544
Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF:

SOO HYUN TANG

Debtor.

Case No. 21-18354 VFP

CHAPTER 7

**STIPULATION AS TO EXTENT OF ALLOWED EXEMPTION**

To: CLERK OF THE BANKRUPTCY COURT

IT IS HEREBY STIPULATED AND AGREED by the Debtor and the Chapter 7 Trustee as follows:

The maximum allowed exemption as to the property know as 269 Jane Chapman Drive., Newtown, Pennsylvania, is $13,042.00 pursuant to §522(d)(5) and the Debtor is not entitled to an exemption in the indicated asset pursuant to §522(d)(1).

/s/Jeffrey A. Lester
Jeffrey A. Lester, Esq., Trustee
Trustee
Dated: 2/14/07

/s/Ernest Ianetti
Ernest Ianetti, Esq.
Attorney for Debtor
Dated: