**U.S. Department of Justice**

United States Trustee
Districts of Delaware and New Jersey


One Newark Center, Suite 2100  (201) 645-3014
Newark, New Jersey 07102     FTS  341-3041

Chapter 11 Department     (201) 645-3106
Chapter  7 Department     (201) 645-3408
Legal Department          (201) 645-5912

# NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF NO-ASSET CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 Case:

NAME OF CASE-  SOO HYUN TANG

CASE NUMBER-  21-18354 VFP

AMOUNT OF FUNDS ON HAND-       -0-

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATED ACTUAL OR ESTIMATED VALUE OF THE ASSETS:

ACTUAL VALUE-

ESTIMATED VALUE-  Unknown

OTHER INFORMATION RELATING TO STATUS OF CASE

SIGNATURE OF TRUSTEE  */s/Jeffrey A. Lester*

NAME OF TRUSTEE    JEFFREY A. LESTER     DATED March 10, 2022