| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> Turner N. Falk, Esquire <br> Obermayer Rebmann Maxwell & Hippel LLP <br> 1120 Route 73, Suite 420 <br> Mount Laurel, NJ  08054 <br> (856) 795-3300 <br> (856) 482-0504 (fax) <br> *Attorneys for Creditor, Obermayer Rebmann Maxwell & Hippel LLP* |

| | |
|---|---|
| **In re:** <br><br> **SOO HYON TANG,** <br><br> **Debtor.** | **Chapter 7** <br><br> **Case No.  21-18354-VFP** |

## NOTICE OF APEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Creditor, Obermayer Rebmann Maxwell & Hippel LLP</u>. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Obermayer Rebmann Maxwell & Hippel, LLP
                            1120 Route 73, Suite 420
                            Mount Laurel, NJ 08054-5108

    DOCUMENTS:

    ☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
    ☒  All documents and pleadings of any nature.

Dated: March 28, 2022                By:    */s/ Turner N. Falk*

4854-3179-9577 v1