Jeffrey A. Lester, Esq. (JAL 7113)
BRAVERMAN & LESTER
374 Main Street
Hackensack, New Jersey  07601
(201) 487-5544
Attorneys for Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
|  | Case No. 21-18354 VFP |
| IN RE: | Chapter 7<br>Assigned to: Hon. Vincent F. Papalia |
| Soo Hyon Tang | (Hearing: 1/23/23)<br>ORAL ARGUMENT WAIVED |

## NOTICE OF MOTION TO
## REDUCE OR EXPUNGE CLAIMS

TO:   Kenneth Min            Soo Suh                      Sung Lee
      130 Valley Dr.         1 Van Dyke Dr.               645 w. 9th St., #312
      Rockaway, NJ 07886     Ho-Ho-Kus, NJ 07423          Los Angeles, CA 90015

PLEASE TAKE NOTICE, that on the 23rd day of January, 2022 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will move before the Hon.  Vincent F. Papalia, Bankruptcy Judge, at the United States Court House, 50 Walnut Street, Newark, New Jersey, for an order reducing, expunging or disallowing claims filed in this matter, upon the grounds set forth in the Certification submitted herewith.

No brief is required in connection with this application as the issues are factual and do not need legal interpretation.

Pursuant to Rule 9013, a proposed form of Order is submitted herewith.  This matter will be decided on the papers unless oral argument is requested by respondent in his answering papers, or unless requested by the Court.

In support of this Motion, the undersigned will rely upon the Certification annexed hereto.

                                                        */s/Jeffrey A. Lester*
Dated: December 14, 2022                       JEFFREY A. LESTER, Interim Trustee