Jeffrey A. Lester, Esq. (JAL 7113)
BRAVERMAN & LESTER
374 Main Street
Hackensack, New Jersey  07601
(201) 487-5544
Attorneys for Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>Soo Hyon Tang | Case No. 21-18354 VFP<br><br>Chapter 7<br>Assigned to: Hon. Vincent F. Papalia<br><br>(Hearing: 1/23/23) |

**CERTIFICATION IN SUPPORT OF NOTICE OF MOTION**
**TO REDUCE OR EXPUNGE CLAIMS**

JEFFREY A. LESTER, of full age, hereby certifies as follows:

1. I am the duly appointed and acting Interim Trustee in this matter, having been appointed to that position on or about October 27, 2021.

2. The Meeting of Creditors pursuant to Section 341(a) was scheduled for and held on November 8, 2021.  Minutes of the meeting were filed on November 24, 2021.

3. Following investigation and the negotiation and filing of a Stipulation limiting Debtor's allowed exemptions, a Notice of Assets was filed on March 10, 2021 and circulated by the Clerk, setting a claims bar date of June 8, 2022.

4. I have reviewed the register of claims as maintained on line by the Clerk of the Bankruptcy Court for this case.  It appears that certain unsecured claims contained therein should be expunged as being unsupported.

5. A total of 8 claims were filed prior to the bar date. Of those, claims 6, 7 and 8, those filed respectively by Kenneth Min ($36,026.00), Soo Suh ($24,709.00) and Sung Lee ($66,757.00), the parties involved in this motion, were each filed on May 17, 2022. The Notice of Filing of the Proofs of Claim indicate that each of the Proofs of Claim (POC) was filed by Ernest Ianetti, Esq., attorney for the Debtor.

6. On information and belief, each of the 3 involved claimants is a relative or close friend of the debtor.

7. Each of the POCs is for money loaned. Copies of the POCs are attached.

8. There is no documentation attached to any of the POCs.

9. Upon the filing of the POCs, I was in contact with Mr. Ianetti indicating that supporting documentation was required in order for me to accept the POCs without objection.

10. Eventually I was provided with an unsigned draft of a certification by Claimant 8, Sung Lee, which was partially responsive to my concerns. I advised counsel by email that my concerns/suggestions for making the certification acceptable were as follows:

> I will put my thoughts here and then we can talk at your convenience if you want me to clarify my comments.
> 1. I do not believe that the certification says that the "loans" remain unpaid and all sums are due, etc.
> 2. I suggest that there be an indication as to the source of funds loaned. Are the claimants wealthy? Did they borrow funds? Paid from income earned? Did spouse contribute to loans? Etc.
> 3. Were sums paid by check? Attach copies? Did they come from claimants' accounts? [Show that sums were from claimants, not circulated from debtor to claimant and back to debtor]
> 4. Exhibit A is not attached to what you sent me.
> 5. As to page 4, the list of loans, I think the dates are wrong. The first item shows $6,500 on 10/22/22 but it seems to match with a deposit on 10/22/18.
> 6. Further, I really cannot locate the other items on the Page 4 list; there does not seem to be coordination with the attached statements. This becomes very important as I will have to compare items for all 3 claimants and I suspect that they end up in the same account.
> 7. The ability to compare and coordinate is important since in Par. 13 of the certification, it appears that the deposits to Debtor are the basis for determining how much was advanced.
>
> Not sure if this is an exclusive list of my concerns, but it is enough to start with.

11. I did not receive any subsequent draft of a certification or documentation which addressed my concerns. Therefore my objection to Claim 8 remains.

12. In order for a Chapter 7 Trustee to properly administer an estate it, evaluation of filed claims is essential. Appropriate documentation be submitted to support the validity of the POC.

13. The subject POCs are conclusory without any basis being provided to justify the legitimacy of the claim or the accuracy of the amount claimed.

14. While creditor Sung Lee, through Mr. Ianetti, did supply a draft certification, it was inadequate to answer my concerns. Nothing has been delivered on behalf of Kenneth Min or Soo Suh.

15. It is therefore requested that in response to this application, the claimants provide sufficient supporting documentation to justify the validity and extend of the POC.

16. It is further requested that the Court order that failure to provide adequate documentation shall be deemed an indication that the POCs should be expunged and distribution can occur without regard to the said claims.

17. The proposed order submitted herewith provides for expungement as it will only have to be entered in the event that nothing is provided in response to this motion. If the reply is adequate, the motion will be withdrawn.

I HEREBY CERTIFY, that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

>                                     */s/Jeffrey A. Lester*
>                                     JEFFREY A. LESTER, Trustee

Dated: December 14, 2022

Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 21–18354–VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Soo Hyon Tang
    130 Valley View Drive
    Rockaway, NJ 07866–1509

Social Security No.:
    xxx–xx–7043

Employer's Tax I.D. No.:

---

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

    Please be advised that Ernest G Lanetti, Esq Attorney for the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 5/13/2022.

Kenneth Min


Dated: May 17, 2022
JAN: rh

                                                            Jeanne Naughton
                                                            Clerk

Case 21-18354-VFP    Doc 49-2    Filed 12/14/22    Entered 12/14/22 08:17:00    Desc
Certification in Support of Motion    Page 5 of 15

Case 21-18354-VFP    Claim 6    Filed 05/13/22    Desc Main Document    Page 1 of 3

DocuSign Envelope ID: 8F6BA2D8-6A8D-44F2-8DF7-2B99CC06F56C

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Soo Hyun Tang |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number | 21-18354 VFP |

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Kenneth Min
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Kenneth Min
Name
130 Valley drive
Number    Street
Rockaway    NJ    07886
City    State    ZIP Code

Contact phone 845-536-9680
Contact email kennethmin25@gmail.com

Where should payments to the creditor be sent? (if different)

Name
Number    Street
City    State    ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/___
                                                                              MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

Case 21-18354-VFP    Doc 49-2    Filed 12/14/22    Entered 12/14/22 08:17:00    Desc
Certification in Support of Motion    Page 6 of 15

DocuSign Envelope ID: 8F6BA2D8-6A8D-4462-8DF7-2B99CC06E56C
Case 21-18354-VFP    Claim 6    Filed 05/13/22    Desc Main Document    Page 2 of 3

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**    $_____36,026.00. **Does this amount include interest or other charges?**
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____
**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. Check one: | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   04/20/2022
                   MM / DD / YYYY


/s/ Kenneth Min
Signature

Print the name of the person who is completing and signing this claim:

Name: Kenneth Min
First name    Middle name    Last name

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 130 Valley Drive
Number    Street
Rockaway            NJ        07886
City                State     ZIP Code

Contact phone  845-536-9680        Email  kennethmin25@gmail.com

Official Form 410                    Proof of Claim                    page 3

Case 21-18354-VFP    Doc 49-2    Filed 12/14/22    Entered 12/14/22 08:17:00    Desc
Certification in Support of Motion    Page 8 of 15

Case 21-18354-VFP    Doc 40    Filed 05/17/22    Entered 05/17/22 10:10:41    Desc 3004
Claim Ntc    Page 1 of 1

Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 21–18354–VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Soo Hyon Tang
130 Valley View Drive
Rockaway, NJ 07866–1509

Social Security No.:
xxx–xx–7043

Employer's Tax I.D. No.:

---

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

Please be advised that Ernest G. Ianetti , ESQ Attorney for the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 5/13/2022.

Soo Suh


Dated: May 17, 2022
JAN: rh

                                                            Jeanne Naughton
                                                            Clerk

Case 21-18354-VFP    Doc 49-2    Filed 12/14/22    Entered 12/14/22 08:17:00    Desc
Certification in Support of Motion    Page 9 of 15

DocuSign Envelope ID: 585D1E71-345C-4459-97AE-AC08572B228

Case 21-18354-VFP    Claim 7    Filed 05/13/22    Desc Main Document    Page 1 of 3

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Soo Hyun Tang |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number | 21-18354 VFP |

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Soo Suh
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Soo Suh
Name

11 Van Dyke Drive
Number    Street

Ho Ho Kus    NJ    07423
City    State    ZIP Code

Contact phone 917-538-0539

Contact email ms.soobae@gmail.com

Where should payments to the creditor be sent? (if different)

Name _____

Number    Street _____

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ____/____/____
                                                                        MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

Case 21-18354-VFP    Doc 49-2    Filed 12/14/22    Entered 12/14/22 08:17:00    Desc
Certification in Support of Motion    Page 10 of 15

DocuSign Envelope ID: 585D1E71-345C-4459-97AE-AC0834772E229
Case 21-18354-VFP    Claim 7    Filed 05/13/22    Desc Main Document    Page 2 of 3

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 24,709.00. **Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No ☐ Yes. *Check one:* | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/20/2022
                  MM / DD / YYYY

/s/ Soo Suh
Signature

*(DocuSigned by: Soo Suh, 3AEFFE836B1444D...)*

**Print the name of the person who is completing and signing this claim:**

| Name | Soo | | Suh |
|---|---|---|---|
| | First name | Middle name | Last name |

Title  _____

Company  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  11 Van Dyke Drive
         Number    Street

         Hohokus                                      NJ           07423
         City                                         State        ZIP Code

Contact phone  917-538-0539                 Email  ms.soobae@gmail.com

Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 21–18354–VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Soo Hyon Tang
130 Valley View Drive
Rockaway, NJ 07866–1509

Social Security No.:
xxx–xx–7043

Employer's Tax I.D. No.:

---

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

Please be advised that Ernest G. Ianetti, ESQ Attorney for the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 5/13/2022.

Sung Lee


Dated: May 17, 2022
JAN: rh

Jeanne Naughton
Clerk

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Soo Hyun Tang |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number | 21- 18354 VFP |

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Sung Lee
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Sung Lee
Name
645 W 9th St 312
Number    Street
Los Angeles        CA        90015
City              State     ZIP Code

Contact phone  626-877-8800
Contact email  Djsungbae@gmail.com

Where should payments to the creditor be sent? (if different)

Name
Number    Street
City    State    ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ____/____/_____
                                                                         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                    Proof of Claim                                    page 1

Case 21-18354-VFP    Doc 49-2    Filed 12/14/22    Entered 12/14/22 08:17:00    Desc
Certification in Support of Motion    Page 14 of 15

DocuSign Envelope ID: 42A76F64-0FDE-42B9-B226-6DAF58D5628D

Case 21-18354-VFP    Claim 8    Filed 05/13/22    Desc Main Document    Page 2 of 3

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $_____66,757.00_. Does this amount include interest or other charges?
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**
☐ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. *Check one:* | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  05/06/2022
                  MM / DD / YYYY

/s/ Sung Lee
Signature

DocuSigned by: [signature] 56D0A42D020F472...

**Print the name of the person who is completing and signing this claim:**

Name: Sung (First name)   (Middle name)   Lee (Last name)

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 645 W 9th st #312
Number    Street
Los Angeles    CA    90015
City    State    ZIP Code

Contact phone  626-887-8800        Email  Djsungbae@gmail.com