| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Jeffrey A. Lester, Esq. (JAL 7113)<br>BRAVERMAN & LESTER<br>374 Main Street<br>Hackensack, New Jersey  07601<br>(201) 487-5544<br>Attorneys for  Trustee | Case No.        21-18354 VFP |
| In Re:<br><br>Soo Hyon Tang | Hearing Date:  1/23/23<br><br>Judge:  Hon. Vincent F. Papalia |

| Recommended Local Form: | Followed   X  Modified |

## ORDER EXPUNGING CLAIMS

The relief set forth on the following pages, numbered two (2) through ___2___

is hereby **ORDERED.**

**(Page 2)**

Debtor:   Soo Hyon Tang

Case No.:21-18354 VFP

Caption of Order: **ORDER EXPUNGING CLAIMS**

---

THIS MATTER, being opened to the Court upon the application of Jeffrey A. Lester, Trustee, and the Court having reviewed the papers submitted and having heard the arguments presented, and it appearing that the creditors Kenneth Min (Claim #6), Soo Suh (Claim #7), and Sung Lee (Claim #8) have each filed a Proof of Claim in this matter, which Claim is unsupported by adequate documentation as to the legitimacy of the claim or the extent of the claim, and the said creditors having failed to respond to the motion by supplying adequate documentation as to the legitimacy of the claim or the extent of the claim,

IT IS, on this    day of                        , 2023

1.    ORDERED, that Claim #6 filed by Kenneth Min in the amount of $36,026.00 should be and hereby is expunged as being inadequately supported by appropriate documentation of legitimacy or the amount due..

2.    ORDERED, that Claim #7 filed by Soo Suh in the amount of $24,709.00 should be and hereby is expunged as being inadequately supported by appropriate documentation of legitimacy or the amount due..

3.    ORDERED, that Claim #8 filed by Sung Lee in the amount of $66,757.00 should be and hereby is expunged as being inadequately supported by appropriate documentation of legitimacy or the amount due..