**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: TANG, SOO HYON | § | Case No. 21-18354-VFP |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 27, 2021. The undersigned trustee was appointed on October 27, 2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        200,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 350.00 |
   | Bank service fees | 223.76 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 8,838.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 190,588.24 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 06/08/2022 and the deadline for filing governmental claims was 04/25/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,703.41. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $8,703.41, for a total compensation of $8,703.41.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/23/2024      By: /s/JEFFREY A. LESTER, TRUSTEE
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-18354-VFP  
**Case Name:** TANG, SOO HYON

**Trustee:** (520070) JEFFREY A. LESTER, TRUSTEE  
**Filed (f) or Converted (c):** 10/27/21 (f)  
**§341(a) Meeting Date:** 11/18/21  

**Period Ending:** 05/23/24

**Claims Bar Date:** 06/08/22

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 2018 Lexus ES350, 59000 miles, Condition:Good. E<br>   Orig. Asset Memo: Imported from original petition Doc# 14; Imported from Amended Doc#: 31; Imported from original petition Doc# 8 | 25,399.00 | 0.00 | | 0.00 | FA |
| 2 | 2011 Toyota Sienna Limited, Condition:Fair; Co-O<br>   Orig. Asset Memo: Imported from original petition Doc# 14; Imported from Amended Doc#: 31; Original exemption amount: 0.00; Imported from original petition Doc# 8 | 5,316.00 | 0.00 | | 0.00 | FA |
| 3 | Home Furniture Living Room Set Home Furniture Be<br>   Orig. Asset Memo: Imported from original petition Doc# 14; Imported from Amended Doc#: 31; Original exemption amount: 0.00; Imported from original petition Doc# 8 | 2,250.00 | 0.00 | | 0.00 | FA |
| 4 | Cell Phone Laptop Video Camera<br>   Orig. Asset Memo: Imported from original petition Doc# 14; Imported from Amended Doc#: 31; Original exemption amount: 0.00; Imported from original petition Doc# 8 | 700.00 | 0.00 | | 0.00 | FA |
| 5 | Camping Equipment<br>   Orig. Asset Memo: Imported from original petition Doc# 14; Imported from Amended Doc#: 31; Original exemption amount: 0.00; Imported from original petition Doc# 8 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Used Women's Clothing and Apparel<br>   Orig. Asset Memo: Imported from original petition Doc# 14; Imported from Amended Doc#: 31; Original exemption amount: 0.00; Imported from original petition Doc# 8 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Bracelet, and Misc. Costume Jewelry<br>   Orig. Asset Memo: Imported from original petition Doc# 14; Imported from Amended Doc#: 31; Original exemption amount: 0.00; Imported from original petition Doc# 8 | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 100.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-18354-VFP  
**Case Name:** TANG, SOO HYON  

**Period Ending:** 05/23/24

**Trustee:** (520070) JEFFREY A. LESTER, TRUSTEE  
**Filed (f) or Converted (c):** 10/27/21 (f)  
**§341(a) Meeting Date:** 11/18/21  
**Claims Bar Date:** 06/08/22

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 14; Imported from Amended Doc#: 31; Original exemption amount: 0.00; Imported from original petition Doc# 8 | | | | | |
| 9 | Checking account: Wells Fargo Bank 2981 Joint Ac<br>Orig. Asset Memo: Imported from original petition Doc# 14; Imported from Amended Doc#: 31; Original exemption amount: 0.00; Imported from original petition Doc# 8 | 925.00 | 0.00 | | 0.00 | FA |
| 10 | Checking account: Wells Fargo Bank3308<br>Orig. Asset Memo: Imported from original petition Doc# 14; Imported from Amended Doc#: 31; Original exemption amount: 0.00; Imported from original petition Doc# 8 | 295.00 | 0.00 | | 0.00 | FA |
| 11 | Security deposit on rental unit: Apartment Secur<br>Orig. Asset Memo: Imported from original petition Doc# 14; Imported from Amended Doc#: 31; Imported from original petition Doc# 8 | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | Equitable Distribution Payment Obligation of Ex-<br>Orig. Asset Memo: Imported from original petition Doc# 14; Imported from Amended Doc#: 31; Relates to #15 $200,000 received - probable overpayment with balance to be returned to Danile Tang | 140,000.00 | 0.00 | | 200,000.00 | FA |
| 13 | Combined Alimony & Child Support Arrears as of 2<br>Orig. Asset Memo: Imported from original petition Doc# 14; | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Combined Alimony & Child Support Arrears as of 2<br>Orig. Asset Memo: Imported from original petition Doc# 14; Imported from Amended Doc#: 31; Imported from original petition Doc# 8 | 8,838.00 | 0.00 | | 0.00 | FA |
| 15 | 269 Jane Chapman Drive, Newtown, PA 18940, Bucks (u)<br>Orig. Asset Memo:  Relates to<br>Asset  #12  Not originally scheduled; Imported from Amended Doc#: 31 Not Originally Scheduled; | 150,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-18354-VFP  **Trustee:** (520070) JEFFREY A. LESTER, TRUSTEE
**Case Name:** TANG, SOO HYON  **Filed (f) or Converted (c):** 10/27/21 (f)
  **§341(a) Meeting Date:** 11/18/21
**Period Ending:** 05/23/24  **Claims Bar Date:** 06/08/22

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | 2018 Lexus ES350, 59000 miles, Condition:Good. E<br>Duplicate of 1 | 25,399.00 | 0.00 | | 0.00 | FA |
| 17 | 2011 Toyota Sienna Limited, Condition:Fair; Co-O<br>Duplicate of 2 | 5,316.00 | 0.00 | | 0.00 | FA |
| 18 | Home Furniture Living Room Set Home Furniture Be<br>Duplicate of 3 | 2,250.00 | 0.00 | | 0.00 | FA |
| 19 | Cell Phone Laptop Video Camera<br>Duplicate of 4 | 700.00 | 0.00 | | 0.00 | FA |
| 20 | Camping Equipment<br>Duplicate of 5 | 500.00 | 0.00 | | 0.00 | FA |
| 21 | Used Women's Clothing and Apparel<br>Duplicate of 6 | 500.00 | 0.00 | | 0.00 | FA |
| 22 | Bracelet, and Misc. Costume Jewelry<br>Duplicate of 7 | 1,500.00 | 0.00 | | 0.00 | FA |
| 23 | Cash<br>Duplicate of 8 | 100.00 | 0.00 | | 0.00 | FA |
| 24 | Checking account: Wells Fargo Bank 2981 Joint Ac<br>Duplicate of 9 | 925.00 | 0.00 | | 0.00 | FA |
| 25 | Checking account: Wells Fargo Bank3308<br>Duplicate of 10 | 295.00 | 0.00 | | 0.00 | FA |
| 26 | Security deposit on rental unit: Apartment Secur<br>Duplicate of 11 | 1,500.00 | 0.00 | | 0.00 | FA |
| 27 | Equitable Distribution Payment Obligation of Ex- (u)<br>Duplicate of 12 | 140,000.00 | 0.00 | | 0.00 | FA |
| 28 | Combined Alimony & Child Support Arrears as of 2<br>Duplicate of 3 | 8,838.00 | 0.00 | | 0.00 | FA |
| 28 | Assets    Totals (Excluding unknown values) | **$525,646.00** | **$0.00** | | **$200,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  File TFR

Exhibit A

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-18354-VFP  **Trustee:** (520070) JEFFREY A. LESTER, TRUSTEE
**Case Name:** TANG, SOO HYON  **Filed (f) or Converted (c):** 10/27/21 (f)
  **§341(a) Meeting Date:** 11/18/21
**Period Ending:** 05/23/24  **Claims Bar Date:** 06/08/22

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   December 31, 2003   **Current Projected Date Of Final Report (TFR):**   May 23, 2024  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 21-18354-VFP | | Trustee: | JEFFREY A. LESTER, TRUSTEE (520070) |
|---|---|---|---|---|
| Case Name: | TANG, SOO HYON | | Bank Name: | TriState Capital Bank |
| | | | Account: | ******1121 - Checking Account |
| Taxpayer ID #: | **-***9382 | | Blanket Bond: | $35,373,793.00 (per case limit) |
| Period Ending: | 05/23/24 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/08/24 | {12} | Daniel Tang | Portion of turnover of equitqble distribution due Debtor in resolution of Adversary 24-1002 | 1129-000 | 25,000.00 | | 25,000.00 |
| 04/08/24 | {12} | Daniel Tang | Portion of turnover of equitqble distribution due Debtor in resolution of Adversary 24-1002 | 1129-000 | 25,000.00 | | 50,000.00 |
| 04/08/24 | {12} | Daniel Tang | Portion of turnover of equitqble distribution due Debtor in resolution of Adversary 24-1002 | 1129-000 | 50,000.00 | | 100,000.00 |
| 04/08/24 | {12} | Daniel Tang | Portion of turnover of equitqble distribution due Debtor in resolution of Adversary 24-1002 | 1129-000 | 100,000.00 | | 200,000.00 |
| 04/23/24 | 101 | Clerk, United States Bankruptcy Court | Deferred Filing Fee: Adv. Pro. 24-1002 | 2700-000 | | 350.00 | 199,650.00 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 223.76 | 199,426.24 |
| 05/01/24 | 102 | Soo Hyon Tang | Debtor's Exemption in Full. | 8100-002 | | 8,838.00 | 190,588.24 |
| | | | ACCOUNT TOTALS | | 200,000.00 | 9,411.76 | $190,588.24 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 200,000.00 | 9,411.76 | |
| | | | Less: Payments to Debtors | | | 8,838.00 | |
| | | | NET Receipts / Disbursements | | $200,000.00 | $573.76 | |

| | | | | | |
|---|---|---|---|---|---|
| | Net Receipts : | 200,000.00 | | | |
| | Less Payments to Debtor : | 8,838.00 | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| | Net Estate : | $191,162.00 | Checking # ******1121 | 200,000.00 | 573.76 | 190,588.24 |
| | | | | $200,000.00 | $573.76 | $190,588.24 |

{} Asset reference(s)    Printed: 05/23/2024 07:59 AM    V.20.60

# Exhibit C Claims Register

### Case:  21-18354-VFP    TANG, SOO HYON

Claims Bar Date:   06/08/22

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 | Unsecured<br>03/18/22 | c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380<br>-------------------------------------------------------------------------------* * * | $22,139.00<br>$22,139.00 | $0.00 | $22,139.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 1I | TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 | Unsecured<br>03/18/22 | | $66.65<br>$66.65 | $0.00 | $66.65 |
| | <7990-00   Surplus Case Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 2S | Obermayer Rebmann Maxwell & Hippell LLP<br>Center Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102 | Secured<br>03/28/22 | See Claim 2U as to Scheduled Amount | $3,191.01<br>$3,191.01 | $0.00 | $3,191.01 |
| | <4220-00   Personal Property and Intangibles-Non-consensual Liens>,  100 | | | | | |
| 2U | Obermayer Rebmann Maxwell & Hippell, LLP<br>Center Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102 | Unsecured<br>03/28/22 | Center Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>-------------------------------------------------------------------------------* * * | $58,073.34<br>$58,073.34 | $0.00 | $58,073.34 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 3 | ADT LLC<br>3190 South Vaughn Way<br><br>Aurora, CO 80014 | Unsecured<br>03/29/22 | 3190 South Vaughn Way<br>Aurora, CO 80014<br>-------------------------------------------------------------------------------* * * | $969.23<br>$969.23 | $0.00 | $969.23 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 3I | ADT LLC<br>3190 South Vaughn Way<br>Aurora, CO 80014 | Unsecured<br>03/29/22 | | $2.92<br>$2.92 | $0.00 | $2.92 |
| | <7990-00   Surplus Case Interest on Unsecured Claims (including priority)>,  640 | | | | | |

# Exhibit C Claims Register

### Case:  21-18354-VFP    TANG, SOO HYON

Claims Bar Date:  06/08/22

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Wells Fargo Bank, N.A. <br> Wells Fargo Card Services <br> PO Box 10438, MAC F8235-02F <br> Des Moines, IA 50306-0438 | Unsecured <br> 04/13/22 | Wells Fargo Card Services <br> PO Box 10438, MAC F8235-02F <br> Des Moines, IA 503060438 <br> ------------------------------------------------------------------------------* * * | $7,348.30 <br> $7,348.30 | $0.00 | $7,348.30 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4I | Wells Fargo Bank, N.A. <br> Wells Fargo Card Services <br> PO Box 10438, MAC F8235-02F <br> Des Moines, IA 50306-0438 | Unsecured <br> 04/13/22 | | $22.12 <br> $22.12 | $0.00 | $22.12 |
| | <7990-00   Surplus Case Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 5 | Verizon <br> by American InfoSource as agent <br> 4515 N Santa Fe Ave <br> Oklahoma City, OK 73118 | Unsecured <br> 05/05/22 | by American InfoSource as agent <br> 4515 N Santa Fe Ave <br> Oklahoma City, OK 73118 <br> ------------------------------------------------------------------------------* * * | $93.66 <br> $93.66 | $0.00 | $93.66 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 5I | Verizon <br> by American InfoSource as agent <br> 4515 N Santa Fe Ave <br> Oklahoma City, OK 73118 | Unsecured <br> 05/05/22 | | $0.28 <br> $0.28 | $0.00 | $0.28 |
| | <7990-00   Surplus Case Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 6 | Kenneth Min <br> 130 Valley Drive <br><br> Rockaway, NJ 07866 | Unsecured <br> 05/13/22 | Expunged per 1/26/23 Order | $36,026.00 <br> $0.00 | $0.00 | $0.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 | Soo Suh <br> 11 Van Dyke Drive <br><br> Hohokus, NJ 07423 | Unsecured <br> 05/13/22 | Expunged per 1/26/23 Order | $24,709.00 <br> $0.00 | $0.00 | $0.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 | Sung Eun Lee <br> 645 W. 9th Street <br> Apt 312 <br> Los Angeles, CA 90015 | Unsecured <br> 05/13/22 | Expunged per 1/26/23 Order | $66,757.00 <br> $0.00 | $0.00 | $0.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

# Exhibit C Claims Register

### Case:  21-18354-VFP    TANG, SOO HYON

Claims Bar Date:  06/08/22

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2SI | Obermayer Rebmann Maxwell & Hippell LLP<br>Center Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br><7990-00   Surplus Case Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>03/28/22 | | $9.61<br>$9.61 | $0.00 | $9.61 |
| 2UI | Obermayer Rebmann Maxwell & Hippell, LLP<br>Center Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br><7990-00   Surplus Case Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>03/28/22 | | $174.84<br>$174.84 | $0.00 | $174.84 |
| TTEE | Jeffrey A. Lester<br><2100-00   Trustee Compensation>,  200 | Admin Ch. 7<br>10/27/21 | [Updated by Surplus to Debtor Report based on Net Estate Value: 109068.13] | $8,703.41<br>$8,703.41 | $0.00 | $8,703.41 |
| CLERK | Clerk, United States Bankruptcy Court<br><2700-00   Clerk of the Court Costs>,  200 | Admin Ch. 7<br>10/27/21 | Filing Fee: Adv. Pro. No. 24-1002 | $350.00<br>$350.00 | $350.00 | $0.00 |
| EXEMPT | Soo Hyon Tang<br><8100-00   Exemptions>,  100 | Secured<br>10/27/21 | | $8,838.00<br>$8,838.00 | $8,838.00 | $0.00 |
| SURPLUS | TANG, SOO HYON<br>130 VALLEY VIEW DRIVE<br>ROCKAWAY, NJ 07866-1509<br><8200-00   Surplus Funds Paid to Debtor §726(a)(6)>,  650 | Unsecured<br>10/27/21 | | $82,093.87<br>$82,093.87 | $0.00 | $82,093.87 |
| ATTY-EXP | Braverman & Lester<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch. 7<br>10/27/21 | Disbursements ber Order of 5/22/24 | $400.00<br>$400.00 | $0.00 | $400.00 |
| ATTY-FEE | Braverman & Lester<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch. 7<br>10/27/21 | Fees per Order of 5/22/24 | $7,300.00<br>$7,300.00 | $0.00 | $7,300.00 |
| NOTFILED | Toyota Motor Credit<br>Po Box 9786<br>Cedar Rapids, IA 52409<br><4110-00   Real Estate-Consensual Liens (mortgages, deeds of trust)>,  100 | Secured<br>10/27/21 | 0001 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C Claims Register

### Case:  21-18354-VFP    TANG, SOO HYON

Claims Bar Date:   06/08/22

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Citi<br>Po Box 6217<br>Sioux Falls, SD 57117<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/27/21 | **** | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/27/21 | MM | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Transworld System Inc/<br>500 Virginia Dr Ste 514<br>Fort Washington, PA 19034<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/27/21 | 17** | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Bk Of Amer<br>Pob 15026<br>Wilmington, DE 19801<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/27/21 | 8364 | $0.00<br>$0.00 | $0.00 | $0.00 |
| | | | Case Total: | $9,188.00 | | $190,588.24 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 21-18354-VFP
Case Name: TANG, SOO HYON
Trustee Name: JEFFREY A. LESTER, TRUSTEE

**Balance on hand:** $ 190,588.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Obermayer Rebmann Maxwell & Hippell LLP | 3,191.01 | 3,191.01 | 0.00 | 3,191.01 |

Total to be paid to secured creditors: $ 3,191.01
Remaining balance: $ 187,397.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jeffrey A. Lester | 8,703.41 | 0.00 | 8,703.41 |
| Attorney for Trustee, Fees - Braverman & Lester | 7,300.00 | 0.00 | 7,300.00 |
| Attorney for Trustee, Expenses - Braverman & Lester | 400.00 | 0.00 | 400.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 350.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 16,403.41
Remaining balance: $ 170,993.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 170,993.82

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 170,993.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 88,623.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TD Retail Card Services | 22,139.00 | 0.00 | 22,139.00 |
| 2U | Obermayer Rebmann Maxwell & Hippell, LLP | 58,073.34 | 0.00 | 58,073.34 |
| 3 | ADT LLC | 969.23 | 0.00 | 969.23 |
| 4 | Wells Fargo Bank, N.A. | 7,348.30 | 0.00 | 7,348.30 |
| 5 | Verizon | 93.66 | 0.00 | 93.66 |

| | Total to be paid for timely general unsecured claims: | $ 88,623.53 |
|---|---|---|
| | Remaining balance: | $ 82,370.29 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 82,370.29

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 82,370.29

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $276.42. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 82,093.87.

**UST Form 101-7-TFR (05/1/2011)**