UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
TANG, SOO HYON

Case No. 21-18354 VFP

Debtor(s)

## APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

1. Applicant was appointed trustee of this bankruptcy estate on 10/27/21.

2. Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

3. Applicant requests compensation in the amount of $8,703.41 for such services performed in accordance with Section 704 of the Bankruptcy Code.

4. Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5. Applicant requests reimbursement in the amount of $0.00 for actual and necessary expenses incurred during the administration of this bankruptcy estate.

6. COMPUTATION OF COMPENSATION

Total disbursement to parties in interest, EXCLUDING DISBURSEMENT TO THE DEBTOR, are $109,068.13. Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

Percentages Used for Cases Filed after 10/23/94:

| | | | |
|---|---|---|---|
| 25% on 1st | $ 5,000 | = | $ 1,250.00 |
| 10% on next | $ 45,000 | = | $ 4,500.00 |
| 5% on next | $ 950,000 | = | $ 2,953.41 |
| 3% on balance over | $ 1,000,000 | = | $ 0.00 |
| Total Compensation | | = | $ 8,703.41 |

7. TRUSTEE EXPENSES ITEMIZATION

| Description of Expense | Amount of Expense |
|---|---|
| Bond Premium | $ 0.00 |
| Travel | $ 0.00 |
| Copies | $ 0.00 |

| | | |
|---|---|---:|
| Postage | $ | 0.00 |
| Telephone | $ | 0.00 |
| Clerical | $ | 0.00 |
| Paralegal | $ | 0.00 |
| Supplies | $ | 0.00 |
| Distribution Expenses | $ | 0.00 |
| Professional Expenses | $ | 0.00 |
| Other | $ | 0.00 |

WHEREFORE, Applicant requests approval of the payment of compensation in the amount of $8,703.41 and reimbursement of expenses in the amount of $0.00.

Dated:  May 23, 2024           /s/ JEFFREY A. LESTER, TRUSTEE
                               Jeffrey A. Lester, Trustee

IN RE: SOO HYUN TANG                                     May 23, 2024
CHAPTER 7 TRUSTEE

For Professional Service Rendered through 5/22/2024

11/18/2021
    JAL   Attendance at Section 341(a) meeting (pro rata w/ other meetings); Corresp. w/ Iannetti re docs needed;

11/23/2021
    JAL   Telephone conversation with Katzenstein, Esq. re status of matrimonial proceedings;

11/24/2021
    JAL   Receipt and review of correspondence from and to Ianetti re status of payments due under PSA; Review judgment; Corresp. w/ Iannetti re need amendments to petition; Tel. conf. w/ Dan Tangk-Advised to get atty familiar w/bankruptcy language;

11/29/2021
    JAL   Telephone conversation with Daniel Tang (former spouse) re need for counsel and status of pending matrimonial issues;

12/03/2021
    JAL   Correspondence with Katzenstein, Esq. re have Daniel call re bk atty being retained; Tel. conf. w/ counsel re possible early buy out of amount due;

12/22/2021
    JAL   Correspondence with Katzenstein, Esq. re interest of ex-spouse (Daniel Tang) to buy out of obligations under divorce judgment;

12/30/2021
    JAL   Telephone conversation with Katzenstein, Esq. re advantages of settlement; Convert to asset case on computer;

01/03/2022
    JAL   Preparation of Asset Notice and set up file for administration;

01/13/2022
    JAL   Correspondence with Ianetti re amendment to Sched B&C;

01/14/2022
    JAL   Receipt and review of correspondence from and to counsel re review of permissible exemptions;

01/17/2022
    JAL   Receipt and review of correspondence from and to Ianetti, Esq. re possible applicable exemptions;

01/24/2022
    JAL   Receipt and review of correspondence from Clerk re status; Draft status report and submit to Court;

01/25/2022
    JAL   Correspondence with Ianetti, Esq. re exemptions to which debtor may be entitled;

01/27/2022
    JAL   Correspondence with Ianetti re extend of exemption claim;

01/28/2022
    JAL   Telephone conversation with debtor's counsel re re-compute exemption and possible filing of POCs for family debt;

02/03/2022
    JAL   Review amended Schedule F listing additional creditors (family members); Corresp. w/ and from Ianetti re Sched C; Corresp. w/ Katzenstein, Esq. re Daniel Tang offer diminishes over time;

02/07/2022
    JAL   Review amended A,B & C; Prep. objection to exemption and potential Stipulation settling issue; Corresp. w/ Ianetti re same; Update computer records with added assets and exemption claims;

02/11/2022
    JAL   Receipt and review of correspondence from and to Ianetti re signed stipulation; eFile with Clerk;

03/10/2022
    JAL   Revise Asset Notice; eFile with Clerk, etc.;

03/18/2022
    JAL   Review TD Retail POC;

03/28/2022
    JAL   Review POC filed by Obermayer Rebmann, Maxwell & Hippel (former attys) and tel. confs. w/ Turner Falk, Esq. re nature of secured portion of claim;

03/29/2022
    JAL   Review ADT Proof of Claim;

04/14/2022

    JAL    Review Wells Fargo POC;

05/09/2022
    JAL    Review Verizon POC;

05/13/2022
    JAL    Review 3 POCs by individual claimants;

05/23/2022
    JAL    Receipt and review of correspondence from and to Turner Falk, Esq. re objection to family claims;

05/24/2022
    JAL    Correspondence with and from Ianetti re awaiting backup to claims filed for apparent relatives; Tel. conf. w/ Turner Falk, Esq, re objecting to claims and possible PA lawyer if needed; Commence review of proposed proof as to family POCs;

05/25/2022
    JAL    Finish review of proposed certification; Corresp. w/ Ianetti re additional information required;

06/09/2022
    JAL    Review and reconcile filed and scheduled claims; Tel. conf. w/ Stretto re downloading missing claims; Corresp. to and from Ianetti re backup for family claims;

06/10/2022
    JAL    Review imported assets and reconcile;

06/14/2022
    JAL    Review claims from amended download and reconcile with previously imported claims;

06/20/2022
    JAL    Revise computer records re realistically estimated TFR date;

07/21/2022
    JAL    Review past email; Corresp. w/ Ianetti as to whether he has obtained proofs of amount claimed in POCs filed by family;

11/10/2022
    JAL    Review substitution of atty for Obermayer;

12/01/2022
    JAL    Review file; Corresp. w/ Ianetti, Esq re POC support; Corresp. w/ Katzenstein, Esq. re ED payment due in 1 year;

12/13/2022
    JAL   Review entered order for retention of counsel;

01/24/2023
    JAL   Review docket re hearing date for expungement motion;

01/27/2023
    JAL   Revise computer records re expunged claims;

02/02/2023
    JAL   Receipt and review of correspondence from Ianetti, Esq. re no contact with one of expunged creditors;

04/06/2023
    JAL   Review stay relief motion by Toyota;

06/21/2023
    JAL   Review file and PSA terms; Corresp. w/ Katzenstein, Esq. re past communication and invitation for his client to resolve issue at this time;

07/11/2023
    JAL   Follow up with Katzenstein re no interest in resolution before end of year when due;

11/29/2023
    JAL   Correspondence with Katzenstein, Esq. re property settlement payment due now;

12/13/2023
    JAL   Receipt and review of correspondence from and to colleagues re attempt to locate PA atty to handle collection of equitable distribution;

12/14/2023
    JAL   Correspondence with Gary Seitz, Esq. re possible retention.

12/27/2023
    JAL   Review file; Corresp. w/ PA counsel to start process;

12/28/2023
    JAL   Telephone conversation with Holly Miller re proceed in NJ first before going to PA to collect;

01/02/2024
    JAL   Correspondence with and from Ianetti, Esq. re address for ex-H;

02/26/2024
    JAL   Correspondence with Ianetti in attempt to get info on ex-H;

02/29/2024
    JAL   Receipt and review of correspondence from from and to Iannetti re info necessary to get non-military cert;

03/05/2024
    JAL   Obtain non-military certification in prep for judgment application;

03/15/2024
    JAL   Telephone conversation to Daniel as to non-receipt of promised matrimonial pleadings; Review claims to determine requirements for 100% dividend; Research PA court; Corresp. w/ Chambers of James McMaster to attempt to determine status; Corresp. to and from Ianetti re same;

03/18/2024
    JAL   Receipt and review of correspondence from Daniel re form of notice received setting hearing date in PA;

03/19/2024
    JAL   Receipt and review of correspondence from and to Ianetti re meaning of and status of PA hearing on 3/28/24 and client's reaction to ownership of the proceeds; Review claims and advise counsel of effect of disallowance of matrimonial atty's claim;

03/20/2024
    JAL   Receipt and review of correspondence from and to Ianetti re debtor's representation in pending PA proceedings:

03/21/2024
    JAL   Receipt and review of correspondence from and to Ianetti re Debtor unrepresented in PA and intention to participate in hearing;

03/26/2024
    JAL   Telephone conversation with Alster, Esq. re PA hearing coming up and Dan may need representation after that;

03/27/2024
    JAL   Review file in anticipation of participation in PA matrimonial proceedings;

03/28/2024
    JAL   Telephone conversation and corresp. with Daniel re delivery of funds;

03/29/2024
    JAL    Telephone conversation with Daniel re will be sending payment and possible motion to have some returned;

04/01/2024
    JAL    Tel. conf. and correspondence with defendant re adjournment of pre-trial to 4/11;

04/03/2024
    JAL    Telephone conversation with Daniel Tang re debtor's admission that only $140,000 was due;

04/05/2024
    JAL    Correspondence with Daniel re checks received;

04/08/2024
    JAL    Trustee Banking Activity re set up account, deposit $200,000 eq. dist proceeds;

04/10/2024
    JAL    Trustee Banking Activity re confirm deposit and update receipt log;

04/12/2024
    JAL    Correspondence with Dan Tang re sending dismissal stip;

04/16/2024
    JAL    Receipt and review of correspondence from and to Ianetti re response to discrepancy between Petition and demand in PA court; Review file re background;

04/23/2024
    JAL    Correspondence with both Morrow and Ianetti to urge resolution of issue as to Daniel's entitlement to refund; Tel. conf. w/ Morrow re no appeal to be filed; Corresp. w/ Daniel Tang re intent to close case if no motion filed to submit late claim;

04/24/2024
    JAL    Correspondence with and from Chambers as to deferred fee due for filing of adversary; Banking activity re pay Clerk;

04/29/2024
    JAL    Review notice of hearing on atty compensation; Review file re timing and ex-H's claim; Corresp. w/ Ianetti re will pay exemption and close case;

04/30/2024
    JAL    Revise claims register with 7 Admin Claims; Corresp. w/ counsel re intent to submit exemption in amount calculated; Confirm amount and delivery of exemption;

05/01/2024
    JAL   Receipt and review of correspondence from Ianetti confirming exemption amount; Banking activity re draw check; Corresp. w/ counsel delivering same;

05/08/2024
    JAL   Review claims re anticipated closing-draft proposed distribution including interest and surplus;

05/21/2024
    JAL   Review notice from court as to hearing on atty compensation; Review claims and clear prior computation in anticipation of TFR;

05/22/2024
    JAL   Review entered order for atty compensation; Update logs in anticipation of TFR and tel. confs/ w Stretto re compute surplus;

05/23/2024
    JAL   Preparation of TFR; Submission to UST;