| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>JEFFREY A. LESTER, TRUSTEE<br>374 MAIN STREET<br>HACKENSACK, NJ  07601<br>JAL 7113<br>Chapter 7 Trustee | |
| In Re:<br><br>TANG, SOO HYON<br>SS #XXX-XX-7043 | Case No.: 21-18354<br><br>Judge: Vincent F. Papalia |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**Page 2**
Debtor: TANG, SOO HYON
Case No.: 21-18354/VFP
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $_____ is reasonable compensation for the services in this case by , trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $_____ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.